1  RONALD A. McINTIRE (State Bar No. 127407)
2  CHUNG H. HAN (State Bar No. 191757)
   **PERKINS COIE LLP**
3  1620 26th Street, Sixth Floor
4  Santa Monica, California 90404
   Tel.: (310) 788-9900 / Fax: (310) 788-3399
5
6  Attorneys for Defendant THE BOEING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT TAIPEI, TAIWAN ON OCTOBER 31, 2000 | 01-ML-1394 GAF<br><br>This Document Relates to:<br><br>ZEE (CV-01-02748 and<br>CV-01-10343)<br><br>**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, AND RAMONA HALLORAN ZEE AGAINST DEFENDANTS THE BOEING COMPANY AND GOODRICH CORPORATION** |

1. Plaintiffs ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, and RAMONA HALLORAN ZEE, on behalf of passenger FRANK WM ZEE, deceased, by and through their counsel of record Greene, Broillet, Panish & Wheeler, LLP;

2. Defendant THE BOEING COMPANY, by and through its counsel of record Perkins Coie LLP; and

3. Defendant GOODRICH CORPORATION, by and through its counsel of record Mendes & Mount LLP, do hereby stipulate that:

The claims of plaintiffs ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, and RAMONA HALLORAN ZEE, on behalf of passenger FRANK WM ZEE, deceased, be dismissed with prejudice as to all claims against THE BOEING COMPANY and GOODRICH CORPORATION, with each party to bear its own costs.

DATED: October 15, 2004.   GREENE, BROILLET, PANISH & WHEELER LLP

By _____
Brian Panish, Esq.
Kevin Boyle, Esq.
On Behalf Of Plaintiffs ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, and RAMONA HALLORAN ZEE

DATED: October __, 2004.   PERKINS COIE LLP

By _____
Ronald A. McIntire, Esq.
Chung H. Han, Esq.
On Behalf Of Defendant
THE BOEING COMPANY

DATED: October __, 2004.   MENDES & MOUNT LLP

By _____
Alan H. Collier, Esq.
Michael A. Hession, Esq.
On Behalf Of Defendant
GOODRICH CORPORATION

IT IS SO ORDERED:

DATE: 10/8/04

_____
United States District Judge

1013304/1828[LA041770.025] 01038-3855-000000      2
STIPULATION OF DISMISSAL OF ZEE ACTION (CV-01-02748) AND (CV-01-10343)

The claims of plaintiffs ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, and RAMONA HALLORAN ZEE, on behalf of passenger FRANK WM ZEE, deceased, be dismissed with prejudice as to all claims against THE BOEING COMPANY and GOODRICH CORPORATION, with each party to bear its own costs.

DATED: October __, 2004.   **GREENE, BROILLET, PANISH & WHEELER LLP**

By _____
Brian Panish, Esq.
Kevin Boyle, Esq.
On Behalf Of Plaintiffs ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, and RAMONA HALLORAN ZEE

DATED: October 15, 2004.   **PERKINS COIE LLP**

By _____
Ronald A. McIntire, Esq.
Chung H. Han, Esq.
On Behalf Of Defendant
THE BOEING COMPANY

DATED: October 13, 2004.   **MENDES & MOUNT LLP**

By _____
Alan H. Collier, Esq.
Michael A. Hession, Esq.
On Behalf Of Defendant
GOODRICH CORPORATION

# PROOF OF SERVICE – MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On October 15, 2004, I served a true copy of **STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS ESTATE OF FRANK WM ZEE, MAIMIE ZEE, ROLAND ZEE, AND RAMONA HALLORAN ZEE AGAINST DEFENDANTS THE BOEING COMPANY AND GOODRICH CORPORATION** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| **Attorneys for Plaintiffs** | **Attorneys for Goodrich Corporation** |
|---|---|
| Brian J. Panish, Esq. | Alan Collier, Esq. |
| Kevin Boyle, Esq. | Michael Hession, Esq. |
| Greene, Broillet, Panish & Wheeler LLP | Mendes & Mount |
| 100 Wilshire Boulevard, Suite 2100 | 725 South Figueroa Street, 19th Floor |
| Santa Monica, California 90407-2131 | Los Angeles, California 90017 |

**Attorneys for Singapore Airlines and EVA Airways**

Rod D. Margo, Esq.
Scott Cunningham, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service; correspondence is deposited with the United States Postal Service at Marina Processing Center, 13031 Jefferson Boulevard, Los Angeles, California 90066, on the same day that it is internally collected.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on October 15, 2004, at Santa Monica, California.

Michelle C. Jackson