```
 1  Rod D. Margo (State Bar No.: 97706)
    Frank A. Silane (State Bar No.: 90940)
 2  Scott D. Cunningham (State Bar No.: 200413)
    CONDON & FORSYTH LLP
 3  1901 Avenue of the Stars, Suite 850
    Los Angeles, California 90067-6010
 4  Telephone: (310) 557-2030
    Facsimile:  (310) 557-1299
 5
    Attorneys for Defendant
 6  SINGAPORE AIRLINES, LTD.
```



FILED
CLERK, U.S. DISTRICT COURT
NOV - 5 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 5 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>AIR CRASH AT TAIPEI, TAIWAN ON OCTOBER 31, 2000 | Case No. 01-ML-1394 GAF (RCx)<br><br>This Document Relates to:<br><br>Case No. CV01-02748 WDK (RCx)<br>(The Estate of Frank W.M. Zee, et al.<br>v. Singapore Airlines, Ltd.)<br><br>**STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER** |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

Plaintiffs THE ESTATE OF FRANK W.M. ZEE, by and through its Successor in Interest, MAIMIE ZEE; MAIMIE ZEE, individually; ROLAND ZEE, individually, and RAMONA HALLORAN, individually, and defendant SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above referenced action be, and hereby is, dismissed with prejudice as against all defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to bear their own costs.

//

//



LODGED
2004 NOV -5 PM 3:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-02748 WDK (RCx)

33

| | |
|---|---|
| Dated: November 2, 2004 | CONDON & FORSYTH LLP<br><br>By: _____<br>ROD D. MARGO<br>FRANK A. SILANE<br>SCOTT D. CUNNINGHAM<br>Attorneys for Defendant<br>SINGAPORE AIRLINES, LTD. |
| Dated: November 1, 2004 | GREENE, BROILLET, PANISH & WHEELER LLP<br><br>By: _____<br>BRIAN J. PANISH<br>KEVIN R. BOYLE<br>Attorneys for Plaintiffs<br>THE ESTATE OF FRANK W.M. ZEE, by and through its Successor in Interest, MAIMIE ZEE; MAIMIE ZEE, individually; ROLAND ZEE, individually; and RAMONA HALLORAN, individually |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-02748, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: November 4, 2004

_____
Honorable Gary A. Feess
United States District Court Judge

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER