1  Rod D. Margo (State Bar No.: 97706)
   Frank A. Silane (State Bar No.: 90940)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5
   Attorneys for Defendant
6  SINGAPORE AIRLINES, LTD.
7
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

   IN RE                          ) Case No. 01-ML-1394 GAF (RCx)
                                  )
   AIR CRASH AT TAIPEI, TAIWAN ON ) This Document Relates to:
   OCTOBER 31, 2000               )
                                  ) Case No. CV01-02748 WDK (RCx)
13                                ) (The Estate of Frank W.M. Zee, et al.
                                  ) v. Singapore Airlines, Ltd.)
14                                )
                                  ) **STIPULATION OF DISMISSAL;**
15                                ) **[PROPOSED] ORDER**
16                                )
                                  )
17                                )
                                  )
18 _____)

   THIS CONSTITUTES NOTICE OF ENTRY
   AS REQUIRED BY FRCP, RULE 77(d).

19
20      Plaintiffs THE ESTATE OF FRANK W.M. ZEE, by and through its
21 Successor in Interest, MAIMIE ZEE; MAIMIE ZEE, individually; ROLAND ZEE,
22 individually, and RAMONA HALLORAN, individually, and defendant
23 SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above referenced
24 action be, and hereby is, dismissed with prejudice as against all defendants
25 pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to bear their
26 own costs.
27 //
28 //

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-02748 WDK (RCx)

| | | |
|---|---|---|
| 1 | Dated: November 2, 2004 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | ROD D. MARGO |
| 5 | | FRANK A. SILANE |
| | | SCOTT D. CUNNINGHAM |
| 6 | | Attorneys for Defendant |
| 7 | | SINGAPORE AIRLINES, LTD. |
| 8 | Dated: November 1, 2004 | GREENE, BROILLET, PANISH & WHEELER LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ |
| 12 | | BRIAN J. PANISH |
| | | KEVIN R. BOYLE |
| 13 | | Attorneys for Plaintiffs |
| 14 | | THE ESTATE OF FRANK W.M. ZEE, by and through its Successor in Interest, MAIMIE ZEE; MAIMIE ZEE, individually; ROLAND ZEE, individually; and RAMONA HALLORAN, individually |

[Left margin: CONDON & FORSYTH LLP / 1901 Avenue of the Stars, Suite 850 / Los Angeles, California 90067-6010 / Telephone: (310) 557-2030]

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-02748, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: November __, 2004

/s/
Honorable Gary A. Feess
United States District Court Judge

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-02748 WDK (RCx)